**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**REBECCA ABEL**                                                                                          **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 4:14CV64-DMB-JMV**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                                      **DEFENDANTS**

## ORDER

Before the court is Plaintiff's motion to supplement the record [20]. Plaintiff mailed the motion along with a host of documents including, but not limited to, medical and disability records. Also included within this filing is a one line request to reschedule a settlement conference. Pursuant to an Order [18] dated November 12, 2014, the court returned documents Plaintiff had submitted to chambers which were unrelated to any pending motion. As pointed out in that Order, this case is currently stayed pending a ruling on Plaintiff's motion to remand [6]. Accordingly, because the court has thoroughly reviewed the newly submitted documents and likewise determined they are neither related to any pending motion nor relevant to the remand issue, Plaintiff's motion to supplement the record is hereby **DENIED**, and the documents will be returned to Plaintiff.

**IT IS FURTHER ORDERED** :

1. That until the court issues a ruling on Plaintiff's motion to remand, Plaintiff is hereby DIRECTED not to file any further documents, except upon a sufficient showing that they are related to an issue that is properly before this court.

2. That Plaintiff shall henceforth submit any papers for filing in this case to the Clerk of this Court, whose address is :

911 Jackson Avenue E.
Federal Building Room 369
Oxford, MS 38655

3. That should Plaintiff submit any further documents that do not comply with the directives of this order, said documents shall be returned to her unfiled, without the necessity of a further order of this court.

4. That Plaintiff is instructed to confer with counsel for defendant regarding whether a settlement conference would be fruitful in this case and contact the chambers of the undersigned only in the event both parties *agree* a conference could prove productive.

**THIS** 2nd day of December, 2014.

**/s/ Jane M. Virden**
**U. S. MAGISTRATE JUDGE**
